AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | | |
|---|---|---|
| SHELLEY M. ANDERSON, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:14-CV-0227-TOR |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner | ) | |
| of Social Security Administration, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 12, is GRANTED
Defendant's Motion for Summary Judgment, ECF No. 13, is DENIED.
Judgment is entered in favor of Plaintiff. Pursuant to sentence four of 42 U.S.C. § 405(g), this action is
REVERSED and REMANDED to the Commissioner for further proceedings.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge _____ THOMAS O. RICE _____ on motions for
Summary Judgment (ECF Nos. 12 and 13).

Date:   August 12, 2015 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen